UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CHRISTOPHER CARR,                    )
                                     )
              Petitioner,            )
                                     )
     v.                              )        Civil No. 05-54-B-W
                                     )
JEFFREY MERRILL,                     )
WARDEN, MAINE STATE PRISON,          )
                                     )
              Respondent.            )

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the
Court on July 26, 2005 her Recommended Decision.  The
Petitioner filed his objections to the Recommended Decision
on August 10, 2005.  I have reviewed and considered the
Magistrate Judge's Recommended Decision, together with the
entire record; I have made a de novo determination of all
matters adjudicated by the Magistrate Judge's Recommended
Decision; and I concur with the recommendations of the
United States Magistrate Judge for the reasons set forth in
her Recommended Decision, and determine that no further
proceeding is necessary.

   1.   It is therefore ORDERED that the Recommended
        Decision of the Magistrate Judge is hereby
        AFFIRMED.

2.   It is further <u>ORDERED</u> that Petitioner's 28 U.S.C.
     § 2254 Petition is <u>DENIED</u>.


                                   /s/ John A. Woodcock, Jr.
                                   JOHN A. WOODCOCK, JR.
                                   UNITED STATES DISTRICT JUDGE


Dated this 6th day of September, 2005